IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| CARLOS JAILE, § § Plaintiff, § § v. § § CITY OF EL PASO, LILIA BEARD, § PAUL BLOTT, BENITO PEREZ, § AND ED URIBE, § § Defendants. § | CAUSE No. 3:24-CV-00221-DB |

### ORDER REGARDING JOINT MOTION FOR LEAVE TO FILE PROPOSED SCHEDULING ORDER OUTSIDE THE COURT'S PREFERRED TIMELINE

BE IT REMEMBERED that on this day came on to be considered the Parties' Joint Motion for Leave to File Proposed Scheduling Order Outside the Court's Preferred Timeline. After considering said Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Motion for Leave is granted and the proposed scheduling order filed with the Parties' motion will be accepted by the Court.

SIGNED the 8th day of Aug., 2024.

David Briones
UNITED STATES DISTRICT JUDGE