## IN THE UNITES STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **CARLOS JAILE,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **Cause No. 3:24-CV-00221** |
| | § | |
| **CITY OF EL PASO, LILIA BEARD,** | § | |
| **PAUL BLOTT, BENITO PEREZ, AND** | § | |
| **ED URIBE** | § | |

## <u>DEFENDANT THE CITY OF EL PASO ORIGINAL ANSWER IN RESPONSE TO PLAINTIFFS' COMPLAINT</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant the CITY OF EL PASO, ("City") and files this, their Original Answer to Plaintiffs' Complaint and would show the Court as follows:

### <u>Introduction</u>

Plaintiff's introduction runs from paragraph 1-11 of their complaint, to the extent that these statements constitute allegations the City will respond to them as such.

1. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 1.

2. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 2.

3. Defendant admits there was a trial of Mr. Jaile, but lacks knowledge or information sufficient to form a belief about the truth of the rest of the allegations in paragraph 3.

4. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 4.

5.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 5.

6.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 6.

7.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 7.

8.      Defendant Denies the allegations in paragraph 8.

9.      Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 9.

10.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 10.

11.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 11.

## Jurisdiction and Venue

Plaintiff filed this case originally in the Northern District of Illinois, the case was then removed, by Defendants, to this Texas Western District which is the proper venue. Defendant responds to these jurisdictional allegations with that history in mind.

12.     Defendant admits this court has diversity jurisdiction.

13.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 13.

14.     Defendant admits that, to its knowledge, no Defendants are Illinois residents.

15.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15.

## **Parties**

Paragraphs 19 through most of the rest of Plaintiff's complaint regard alleged events which occurred roughly 36 years ago, many of which this defendant was not privy to, or involved other entities such as the El Paso District Attorney's office. Defendant responds to the following paragraphs with this difficult to discern history in mind.

16.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16.

17.     Defendant admits that Lilia Beard, Paul Blott, Benito Perez, and Ed Uribe (Officers) were at one time employed by the City of El Paso Police Department, and denies any other allegations found in paragraph 17.

18.     Defendant admits that the City is a home rule municipality, but denies the implication that it is liable under a theory of *respondeat superior* suggested in paragraph 18.

19.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 19.

20.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20.

21.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21.

22.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 22.

23.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 23.

24.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 24.

## A.N. is abducted and Sexually Assaulted

25.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 25.

26.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 26.

27.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 27.

28.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 28.

29.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 29.

30.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 30.

31.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 31.

32.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 32.

33.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 33.

## M.G. is abducted and Sexually Assaulted

34.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34.

35.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 35.

36.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 36.

37.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 37.

38.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 38.

39.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39.

40.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 40.

41.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41.

42.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42.

43.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43.

44.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 44.

45.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 45.

46.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 46.

47.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 47.

### Investigation Into A.N. and M.G's Attacks Turn Cold

48.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 48.

49.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 49.

50.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 50.

51.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 51.

52.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 52.

53.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 53.

### Defendant Develop Evidence Implicating Alternative Suspects and Withhold it from Plaintiff

54.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 54.

55.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 55.

56.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 56.

57.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 57.

58.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 58.

59.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 59.

60.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 60.

61.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 61.

62.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 62.

**EPPD and Defendant Officers Fail to Apprehend the Abductor**

63.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 63.

64.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 64.

65.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 65.

66.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 66.

67.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 67.

68.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 68.

69.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 69.

70.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 70.

71.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 71.

72.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 72.

73.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 73.

74.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 74.

75.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 75.

## **Defendant Officers' Tunnel Vision Leads to Mr. Jaile's Prosecution**

76.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 76.

77.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 77.

78.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 78.

79.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 79.

### Defendant Officers Fabricate Eyewitness Identification from M.N., K.J., and A.N.

80.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 80.

81.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 81.

82.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 82.

83.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 83.

84.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 84.

85.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 85.

86.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 86.

## **Mr. Jaile had an Alibi for the time period of M.G.'s Abduction**

87.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 87.

88.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 88.

89.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 89.

90.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 90.

## **No Probable cause Supported Mr. Jaile's Arrest and Detention**

91.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 91.

92.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 92.

93.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 93.

94.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 94.

95.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 95.

96.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 96.

97.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 97.

98.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 98.

99.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 99.

100.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 100.

101.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 101.

102.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 102.

103.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 103.

104.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 104.

105.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 105.

106.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 106.

107.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 107.

108.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 108.

## Mr. Jaile is convicted Solely on Basis of Fabricated Eyewitness Identification

109.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 109.

110.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 110.

111.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 111.

112.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 112.

113.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 113.

114.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 114.

115.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 115.

116.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 116.

## Mr. Jaile Exoneration

117.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 117.

118.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 118.

119.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 119.

120.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 120.

121.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 121.

122.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 122.

123.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 123.

124.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 124.

125.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 125.

126.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 126.

127.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 127.

128.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 128.

129.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 129.

## Mr. Jaile's Damages

130.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 130.

131.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 131.

132.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 132.

133.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 133.

134.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 134.

## The Widespread Policies and Practices of the City of El Paso

135.     Defendant denies the allegations in Paragraph 135.

136.     Defendant denies the allegations in Paragraph 136.

137.     Defendant denies the allegations in Paragraph 137.

138.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 138, and denies any implication that it has now or in the past had unconstitutional polices or procedures which caused the kinds of harm of which Plaintiff complains.

**Defendant Beard Had a track of Record Misconduct Consistent with the City of El Paso's Flawed Policies and Practices**

139. Defendant denies the allegations in Paragraph 139.

140. Defendant admits that Defendant Beard worked for the El Paso Police Department.

141. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 141.

142. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 142.

143. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 143.

144. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 144.

145. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 145.

146. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 146.

147. Defendant denies the allegations in  Paragraph 147.

**The Extensive Pattern of Similar Misconduct Since Carlos Jaile's Conviction Demonstrates that the City of El Paso's Flawed Policies and Practices were Firmly Established and Have Persisted Throughout the Intervening Years**

148. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 148, and denies that it has any such pattern custom or practice of unconstitutional policies or activity.

**This Widespread, Longstanding and Firmly Established Pattern of El Paso Police**

**Misconduct was the Direct Result of the City of El Paso's Flawed Policies and Practices**

149.     Defendant denies the allegations in Paragraph 149

150.     Defendant denies the allegations in Paragraph 150.

151.     Defendant denies the allegations in Paragraph 151.

152.     Defendant denies the allegations in Paragraph 152.

153.     Defendant denies the allegations in Paragraph 153.

154.     Defendant denies the allegations in Paragraph 154.

155.     Defendant denies the allegations in Paragraph 155.

156.     Defendant denies the allegations in Paragraph 156.

157.     Defendant denies the allegations in Paragraph 157.

158.     Defendant denies the allegations in Paragraph 158.

159.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 159.

**Count I-Due Process Right to a Fair Trial (42 U.S.C. section 1983)**

**Fourteen Amendment**

**Fabrication of Evidence, Brady v. Maryland, and Youngblood v. Arizona**

**Defendant Officers**

160.     Defendant refers to its responses to all other paragraphs, and otherwise denies the allegations in Paragraph 160.

161.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 161.

162.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 162.

163.    Defendant denies the allegations in Paragraph 163.

164.    Defendant denies the allegations in Paragraph 164.

165.    Defendant denies the allegations in Paragraph 165.

166.    Defendant denies the allegations in Paragraph 166.

167.    Defendant denies the allegations in Paragraph 167.

168.    Defendant denies the allegations in Paragraph 168.

169.    Defendant denies the allegations in Paragraph 169.

170.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 170.

171.    Defendant denies the allegations in Paragraph 171.

## **Count II-Malicious Prosecution/Deprivation of Liberty Without Probable Cause (Fourth and Fourteen Amendments) 42 U.S.C. Section 1983 Defendant Officers**

172.    Defendant refers to its responses to all other paragraphs, and otherwise denies the allegations in Paragraph 172.

173.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 173.

174.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 174.

175.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 175.

176.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 176.

177.     Defendant denies the allegations in Paragraph 177.

## Count III

### 42 U.S.C. Section 1983-Failure to Intervene (Defendant Officers)

178.     Defendant refers to its responses to all other paragraphs, and otherwise denies the allegations in Paragraph 178.

179.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 179.

180.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 180.

181.     Defendant denies the allegations in Paragraph 181.

182.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 182.

183.     Defendant denies the allegations in Paragraph 183.

## COUNT IV

### 42 U.SC. Section 1983-Conspiracy to Violate Constitutional Rights (Defendant Officers)

184.     Defendant refers to its responses to all other paragraphs, and otherwise denies the allegations in Paragraph 184.

185.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 185.

186.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 186.

187.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 187.

188.    Defendant denies the allegations in Paragraph 188.

189.    Defendant denies the allegations in Paragraph 4189.

190.    Defendant denies the allegations in Paragraph 190.

## COUNT V

### State Law Claim-Malicious Prosecution Defendant Officers

191.    Defendant refers to its responses to all other paragraphs, and otherwise denies the allegations in Paragraph 191.

192.    Defendant denies the allegations in Paragraph 192.

193.    Defendant denies the allegations in Paragraph 193.

194.    Defendant denies the allegations in Paragraph 194.

195.    Defendant denies the allegations in Paragraph 195.

## COUNT VI

### State Law Claim-Intentional Infliction of Emotional Distress Defendant Officers

196.    Defendant refers to its responses to all other paragraphs, and otherwise denies the allegations in Paragraph 196.

197.    Defendant denies the allegations in Paragraph 197.

198.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 198.

## COUNT VII

### State Law Claim-Civil Conspiracy (Defendant Officers)

199.    Defendant refers to its responses to all other paragraphs, and otherwise denies the allegations in Paragraph 199.

200.    Defendant denies the allegations in Paragraph 200.

201.    Defendant denies the allegations in Paragraph 201.

202.    Defendant denies the allegations in Paragraph 202.

203.    Defendant denies the allegations in Paragraph 203.

204.    Defendant denies the allegations in Paragraph 204.

## Count VIII

### 42 U.S.C. Section 1983-Policy and Practice Claim Against the City of El Paso

205.    Defendant refers to its responses to all other paragraphs, and otherwise denies the allegations in Paragraph 205.

206.    Defendant denies the allegations in Paragraph 206.

207.    Defendant denies the allegations in Paragraph 207.

208.    Defendant denies the allegations in Paragraph 208.

209.    Defendant denies the allegations in Paragraph 209.

210.    Defendant denies the allegations in Paragraph 210.

211.    Defendant denies the allegations in Paragraph 211.

212.    Defendant denies the allegations in Paragraph 212.

213.    Defendant denies the allegations in Paragraph 213.

214.    Defendant denies the allegations in Paragraph 214.

215.    Defendant denies the allegations in Paragraph 215.

216. Defendant denies the allegations in Paragraph 216.

## Count VIX-State Law Claim Indemnification

## Defendant City of El Paso

217. Defendant refers to its responses to all other paragraphs, and otherwise denies the allegations in Paragraph 217.

218. Defendant denies the allegation made in Paragraph 218.

219. Defendant admits multiple defendants worked for the City as Police officers, but otherwise denies the allegations of Paragraph 219.

220. Defendant denies the allegations in Paragraph 220.

## Affirmative Defenses

221. **Failure to state a claim for relief**: Plaintiff is barred from relief because the Complaint and each of the purported causes of action set forth therein fail to allege facts sufficient to state a plausible claim for relief against the Defendant.

222. **Governmental immunity**: Defendant is a home rule municipality in the state of Texas, and is entitled to governmental immunity from state law causes of action unless the state legislature has waived its immunity with clear and unambiguous language. Defendant has immunity from suit and liability under any state law theory absent such a waiver.

223. **Statute of limitations**: Plaintiff's claims accrued more than two years prior to the commencement of this action. A §1983 cause of action is a tort, and as the federal courts are required to apply state law statutes of limitations accordingly. This action is, therefore, barred by the applicable two year statute of limitations found in Tex. Civ. Prac. & Rem. Code Ann. § 16.003(a). Plaintiff was, according to his pleadings, sentenced to life imprisonment on December 19, 1990. That conviction was set aside on July 3, 2019 when a Petition for Habeas Corpus was

granted by the Texas Court of Criminal Appeals. Plaintiff then waited approximately five years to file his lawsuit, in Illinois, on March 21, 2024. Because Plaintiffs claims actually accrued in 2019, this lawsuit is time barred.

**WHEREFORE, PREMISES CONSIDERED**, Defendant City respectfully request that all relief requested by Plaintiff be denied, and that Defendant recovers its costs, reasonable attorney's fees, and any additional relief to which they may be entitled in law or in equity.

Respectfully Submitted,

**KARLA M. NIEMAN**
City Attorney
State Bar No. 24048542
P.O. Box 1890
El Paso, Texas 79950-1890
Tel.: (915) 212-0033
Fax: (915) 212-0034

Date: August <u>8</u>, 2024.

By: <u>/s/ Evan D. Reed</u>
**Evan D. Reed**
Senior Assistant City Attorney
State Bar No. 24093018
reeded@elpasotexas.gov
Attorney for the City of El Paso, Texas

<u>**CERTIFICATE OF SERVICE**</u>

  I Evan D. Reed hereby certify that on August <u>8</u> 2024 a true and correct copy of the foregoing was e-filed with the Clerk of this Court using the CM/ECF system and that a courtesy copy was forwarded to:

**Jon Loevy**
Loevy & Loevy
311 N. Aberdeen St.
3rd FL
Chicago, IL 60607
(312) 243-5900
Fax: (312) 243-5902
Email: jon@loevy.com
*Lead Counsel for Plaintiffs*

**Amy Robinson Staples**
Loevy & Loevy
18 Village Plaza
PMB 181
Shelbyville, KY 40065
(312) 243-5900
Fax: Pro Hac Vice
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elliot Robert Slosar**
Loevy & Loevy
311 North Aberdeen
3rd Floor
Chicago, IL 60607
(312) 243-5900
Fax: Not a member
*ATTORNEY TO BE NOTICED*

**Kathryn Jane Montenegro**
Loevy & Loevy
311 N. Aberdeen
3rd FL
60607
Chicago, IL 60607
312-243-5900
*ATTORNEY TO BE NOTICED*

**Margaret E. Campbell**
Loevy & Loevy
311 N. Aberdeen
3rd Fl
Chicago, IL 60607
(312) 243-5900
Fax: Not a member
*ATTORNEY TO BE NOTICED*

   /s/ Evan D. Reed
   **Evan D. Reed**