**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| CARLOS JAILE**,** | ) | |
| | ) | Case No. 3:24-cv-00221-DB |
| Plaintiff, | ) | |
| | ) | Hon. Judge David Briones |
| v. | ) | Hon. Mag. John Martin |
| | ) | |
| CITY OF EL PASO, et al. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants | ) | |
| | ) | |

## SECOND AMENDED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1.    The parties shall complete ADR in compliance with Rule CV-88 by October 23, 2026. A motion objecting to ADR must be filed not later than 60 days before that deadline.

2.    The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by October 26, 2026, and each opposing party shall respond, in writing, by November 2, 2026.

3.    The parties shall file all motions to amend or supplement pleadings or to join additional parties by November 21, 2025.

4.    All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by November 12, 2026. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by December 11, 2026. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

5.    An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 21 days of receipt of the written report of the expert's proposed testimony, or not later than 21 days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before January 11, 2027. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the

1

Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed not later than February 12, 2027.

8. This case is set for trial/jury selection on July 13, 2027 at 9:00 A.M.

9. The parties should consult Rule CV-16 regarding matters to be filed in advance of trial.

**SIGNED** this 7th day of April 2026.

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE