**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **CARLOS JAILE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Cause No.: 3:24-CV-00221-DB** |
| **CITY OF EL PASO, LILIA BEARD, PAUL BLOTT, BENITO PEREZ, AND ED URIBE,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2026, true and correct copies of the following documents were served via e-mail to Amy Robinson Staples (amy@loevy.com), Loevy & Loevy, 18 Village Plaza, Pmb 181, Shelbyville, KY 40065; Evan Daine Reed (reeded@elpasotexas.gov), El Paso City Attorney's Office, 300 N. Campbell, El Paso, Texas 79902; James O. Darnell, Sr. (jdarnell@darnell.com), Jim Darnell, P.C., 310 N. Mesa, El Paso, Texas 79901; and James (Jeep) O. Darnell, Jr. (jedarnell@jdarnell.com), Jim Darnell, P.C., 310 N. Mesa, El Paso, Texas 79901:

1. Defendant Ed Uribe's Responses to Plaintiff's First Requests for Admissions;
2. Defendant Benito Perez's Responses to Plaintiff's First Requests for Admissions; and
3. This Certificate of Service.

/s/ Eric M. Brittain
**Eric M. Brittain**

**CERTIFICATE OF SERVICE**

I, Eric M. Brittain, hereby certify that on this the 2nd day of October, 2026, a true and correct copy of the following document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

/s/ Eric M. Brittain
**Eric M. Brittain**